# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| A. MATHEW, J. AFFHOLTER,<br>**PLAINTIFFS** | }<br>}<br>}<br>}<br>} **Civil Action**<br>} **No.** |
| -AGAINST- | }<br>} |
| CITIGROUP GLOBAL MARKETS,<br>CITADEL SECURITIES. LLC, FTX,<br>ALAMEDA CAPITAL, ANTARA CAPITAL,<br>NEW YORK STOCK EXCHANGE,<br>SUSQUEHANNA, MUDRICK CAPITAL,<br>UNKNOWN DEFENDANTS,<br>**DEFENDANTS** | }<br>}<br>}<br>}<br>} **JURY TRIAL DEMANDED**<br>}<br>} |
| AMC ENTERTAINMENT, HYCROFT MINING<br>DTCC, FINRA<br>**NOMINAL DEFENDANTS** | }<br>}<br>}<br>} |

**TABLE OF CONTENTS**

I.    SUMMARY OF CLAIMS……………………………………………………..
II.   JURISDICTION AND VENUE………………………………………..
III.  THE PARTIES……………………………………………………………
      A. Plaintiff…………………………………………………………
      B. Defendant………………………………………………………..
IV.   AMC ENTERTAINMENT HOLDINGS HISTORY……………………..
V.    DEFENDANT'S SCHEME……………………………………………
      A. AMC BIG PICTURE…………………………………………………
      B. BRAZILIAN DEPOSITORY RECEIPTS……………………………..
      C. DEFENDANTS STOPS RELEASING DATA………………………..
      D. CITIGROUP'S "PROJECT POPCORN" SCAM……………………
      E. "ALLEGED" SALE OF UNREGISTERED SECURITIES BY AMC AND
         CITIGROUP…………………………………………………………
      F. CITIGROUP IS FIREMAN AND ARSONIST………………………
      G. CITADEL BACKGROUND AND MARKET FUNCTION…………
      H. CITADEL TAUNTS AMC INVESTORS …………………..
      I. CITADEL'S ALARMING FINANCIALS………………………..
      J. CITADEL HIDING RISK OVERSEAS ……………………………
      K. FTX JANUARY 27TH 2021………………………….
      L. DEFENDANT'S MARKET MANIPULATION SCHEME ……
      M. SPOOFING…………………………………………………..
      N. DEFENDANTS CAUSED INNUMERABLE FAILURE TO DELIVER
         (FTDS)…………………………………… …………………..
      O. REGSHO VIOLATIONS……………………………………………..
      P. LIMIT UP LIMIT DOWN (LULD) ABUSE (RE-WRITTEN IN
         STRUCTURE)…………………………………………………………
      Q. DEFENDANT'S DARK POOL NEGATES NATIONAL MARKET SYSTEM'S
         SUPPLY AND DEMAND MODEL …………………………………………
      R. CITADEL CANCELLING RETAIL ORDERS…………………………..
      S. TRADING IRREGULARITIES…………………………………………
VI.   LOSS CAUSATION AND STANDING…………………………………..
      A. AMC BDR…………………………………………………………
      B. APE……………………………………………………
      C. DARK POOLS, PARKING, AND OUT OF SEQUENCE…………
      D. CANCELLATION OF ORDERS……………………..
      E. SPOOFING……………………….
      F. CRYPTONIZED TOKENS…….
      G. LULD…………….
      H. MUDRICK CAPITAL…………….

VII.  THE MARKET WAS EFFICIENT DURING THE RELEVANT PERIOD.
VIII. CLAIMS FOR RELIEF……………………………………………

IX.     PRAYER FOR RELIEF.....................................................................

X.     DEMAND FOR JURY TRIAL.........................................................

## TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*IN RE AMC ENTERTAINMENT HOLDINGS, INC., STOCKHOLDER LITIGATION,*
     Consolidated C.A. 2023-0215-MTZ (Del. Ch. 2023)......................74, et. al.

*Rothschild Int'l Corp. v. Liggett Gp. Inc.,*
     474 A.2d 133, 136 (Del. 1984)...........................................................88

*Ernst & Ernst v. Hochfelder,*
     425 U.S. 185 (1976)........................................................................56

*Dirks v. SEC,*
     463 U.S. 646 (1983)........................................................................56

*Markowski v. SEC,*
     274 F.3d 525 (D.C. Cir. 2001)............................................................56

*SEC Disciplinary Actions case against Knight Capital Americas LLC,*
     ADMINISTRATIVE PROCEEDING File No. 3-15570 (2012).................57

*Ret. Bd. of the Policemen's Annuity & Ben. Fund of the City of Chi. v. Bank of N.Y. Mellon*
     (2d Cir. 2014)................................................................................60

*Martin Ice Cream Co. v. Chipwich, Inc.,*
     (S.D.N.Y. 1983).............................................................................59

*Royal Park Invs. SA/NV v. Bank of N.Y. Mellon,*
     1:14-cv-6502-GHW (S.D.N.Y. Nov. 18, 2019)......................................59

*Phx. Light SF v. HSBC Bank U.S.,*
     14 Civ. 10101 (LGS) (S.D.N.Y. Apr. 27, 2022)....................................60

***Federal Statutes:***

*The Sherman Antitrust Act; Securities Act of 1933*

*18 United States Code Section 1343 - Fraud by Wire, Radio, or Television*

*18 United States Code Annotated Section 371 - Conspiracy to Commit Offense or to Defraud the United States*

*18 United States Code Annotated Section 1344(2) - Bank Fraud*

*18 United States Code Annotated Sections 1343, 1349 - Fraud by Wire and Conspiracy*

*18 United States Code Annotated Section 1960 - Prohibition of Unlicensed Money Transmitting Businesses*

*18 United States Code Annotated Section 1505 - Obstruction of Proceedings Before Departments, Agencies, and Committees*

*31 United States Code Annotated Section 5330 - Registration of Money Transmitting Businesses*

*52 United States Code Annotated Sections 30118, 30122 - Contributions and Donations by Foreign Nationals*

*15 United States Code Annotated Section 78dd-2(a) - Prohibited Foreign Trade Practices by Issuers*

*15 United States Code Sections 77e and 77x - Sale of Unregistered Securities*

*15 United States Code Annotated Section 78j(b) - Manipulative and Deceptive Devices*

*15 United States Code Section 78aa - Jurisdiction of Offenses and Suits*

*18 United States Code Section 1349 - Attempt and Conspiracy*

*28 United States Code Section 1331 - Federal Question*

*Securities Exchange Act of 1934, Section 15B(c)(1), as amended, 15 United States Code Annotated Section 78o-4(c)(1) - Regulation of Municipal Securities*

*Securities Exchange Act of 1934, Section 32(a), 15 United States Code Annotated Section 78ff(a) - Penalties*

## Federal Regulations:

*17 Code of Federal Regulations Section 180.1 - Prohibition Against Fraud*

*17 Code of Federal Regulations Section 240.10b–5(b) - Employment of Manipulative and Deceptive Practices*

## State Laws:

*Delaware General Corporation Law Sections 242(a)(3), (a)(5), 242(b)(2) - Amendment of Certificate of Incorporation After Receiving Payment for Stock*

*Other Laws and Regulations:*

*Sarbanes-Oxley Act of 2002: Including section 802 and other relevant sections*

*Bank Secrecy Act (BSA)*

*Anti-Money Laundering (AML) laws*

*Investment Advisers Act of 1940: Including Section 206*

*Dodd-Frank Wall Street Reform and Consumer Protection Act including sections 747, Section 929P(b), and other relevant sections*

*Commodity Exchange Act, 7 United States Code Section 1 et seq: Section 6(c) and 9(a)*

*International Laws and Regulations:*

*Foreign Corrupt Practices Act (FCPA)*

**Brazilian Laws and Regulations:**

*Brazilian Law No. 6,385/76*

*Brazilian Law No. 6,404/76*

*Instruction No. 332/00 of the Comissão de Valores Mobiliários (CVM)*

*Circular No. 3,795/16 of the Central Bank of Brazil*

*International Treaties and Agreements:*

*U.S.-Brazil Bilateral Investment Treaty (BIT) or Free Trade Agreement (FTA)*

*The Organization of American States (OAS) Anti-Corruption Convention*

*Multilateral Investment Guarantee Agency (MIGA) Treaties*

*World Trade Organization (WTO) Agreements*

**Glossary of Terms**

**AMC**: Refers to AMC Entertainment Holdings, Inc class "A" Common Stock

**APE**: Refers to AMC Entertainment Holdings, Inc preferred stock equity units

**"Apes"**: This term extends the "APE" concept, and refers to the collective community of retail investors who are partaking in the buy-and-hold strategy for certain stocks.

**BDR**: A Brazilian Depositary Receipt (BDR) is a financial instrument that represents a share in a foreign company traded on the Brazilian stock exchange. BDRs allow Brazilian investors to invest in foreign companies without leaving the Brazilian market, while the underlying shares are held by a depositary institution in the company's home country.

**RegSHO (Threshold list)**: Regulation SHO is an SEC regulation that defines the rules for short-selling stocks. The Threshold List includes securities that have a significant number of failure-to-deliver positions (FTDs).

**PFOF**: Stands for Payment for Order Flow. It refers to the compensation that a broker receives, not from the client, but from a third party that executes the trade, for directing the order to them.

**FTD**: Stands for Failure to Deliver. This occurs when one party in a trading contract doesn't deliver on their obligation, either the shares, the cash, or both, within the standard settlement period.

**Ethereum Wrapped Tokens**: Wrapped tokens are a type of cryptocurrency that represents the value of another cryptocurrency. They are created to allow one cryptocurrency to be used on a different blockchain. For example, a wrapped Bitcoin token on the Ethereum blockchain allows Bitcoin to be used in Ethereum's DeFi applications.

**National Market System (NMS)**: A system in the U.S. that integrates various market data to present a unified and transparent view of current stock prices and ensures that all investors have equal access to the same trading opportunities.

**ATS (Dark Pools)**: Alternative Trading Systems, or Dark Pools, are private exchanges for trading securities that are not accessible by the investing public, often used by large institutional investors.

**IDQS**: Stands for Internalized Displayed Quotation System. It is a trading system where quotes are publicly displayed, but the trades are executed internally within a firm.

**Limit Order Book**: A record of unexecuted limit orders maintained by the security specialist who works at the exchange. It shows the buying and selling interest at different price levels.

**LULD**: Stands for Limit Up-Limit Down. It's a set of rules used by major U.S. stock exchanges to prevent trades in a stock at prices outside specified levels.
**National Best Bid and Offer (NBBO)**: The NBBO represents the highest bid price and the lowest offer price available for a security across all exchanges and market makers.

**DMM**: Stands for Designated Market Maker, previously known as a Specialist. DMMs have roles in maintaining fair and orderly markets, often by buying or selling for their own account to minimize price volatility.

**"Project Popcorn"**: Citigroup Global Markets scheme to defraud AMC Shareholders through issuing the APE shares.

**"Infinity Squeeze"**: An "infinity squeeze" is a situation where the price of a stock could rise indefinitely due to extreme demand from short sellers needing to cover their positions while very few shares are available to buy.

**DTCC**: The Depository Trust & Clearing Corporation (DTCC) is an essential player in the clearing and settlement process. Any abuse of the Continuous Net Settlement (CNS) system and creation of excessive FTDs could significantly impact the integrity of the entire trading system, adding a layer of complexity to the legal analysis.

**FINRA**: FINRA, as a self-regulatory organization, also imposes rules and regulations that govern the conduct of broker-dealers, such as Citadel Securities. These rules may include those that ensure fair and transparent market practices.

**Dodd-Frank Wall Street Reform and Consumer Protection Act**: This act provides the SEC with additional authority to regulate and enforce rules related to market manipulation and abusive practices, potentially including naked short selling.

**Wash Trades**: Wash trades, where an investor simultaneously buys and sells the same financial instruments to create misleading, artificial market activity, can be a sign of market manipulation.

Plaintiffs A.P. Mathew and J. Affholter, pro se (attorney to be named later) for his complaints

against the Defendants Citigroup Global Markets, Citadel Securities LLC, FTX, Alameda

Capital, Antara Capital, New York Stock Exchange, Susquehanna, and Mudrick Capital alleges upon personal knowledge, information and belief and an investigation by as follows:

I.    **SUMMARY OF CLAIMS**

1. This case arises from Defendants scheme to manipulate AMC share price from the 2016-2023 (the "Relevant Period"). Through the Relevant period, Defendants, who served in one or more of the following roles of the company's banker and underwriter, market maker, hedge fund or exchange, deliberately engaged in repeated spoofing and other forms market manipulations that interfered with the natural forces of supply and demand, and repeatedly drove AMC's share price downward.

2. AMC Entertainment Holdings, Inc. is a company that owns and operates movie theaters. AMC is one of the largest movie theater chains globally and is based in the United States. AMC (which stands for American Multi-Cinema) offers a variety of experiences including traditional film screenings, IMAX screenings, and dine-in theaters. The company also provides its customers with the ability to rent out theaters for private showings and special events. In addition to its physical theaters, AMC had also ventured into the streaming industry with AMC Theatres On Demand, a digital movie rental and purchase service. During the COVID-19 pandemic, AMC faced significant financial difficulties due to mandated shutdowns and the general reluctance of consumers to gather in enclosed spaces. However, it received attention in the news in 2021 as it became a target of the Reddit forum r/WallStreetBets, leading to volatile swings in its stock price due to a short squeeze.

3. Citigroup Global Markets and other defendants has a long-standing business history with AMC CEO Adam M. Aron. With insider knowledge Citigroup has taken confidential banking information and opened short positions and swaps against their client. As AMC's lender

during its acquisition spree between 2015 and 2022, Citigroup had detailed knowledge of AMC's financial situation and is accused of using this to trade against AMC. Citigroup and defendants suffered significant losses during the AMC short squeeze. Citigroup resorted to shorting AMC heavily on a daily basis, using financial instruments such as swaps, exotic options, and BDRs to suppress the price.

4. During the 2021 r/WallStreetBets run up, retail shareholders purchased the float of the AMC and refused to sell their shares. Citigroup reportedly suffered significant losses during the Reddit-driven short squeeze of AMC's stock, leading to significant losses as well as a predicament in which they would be squeezed into bankruptcy and would cause a systemic market risk. This predicament prompted Citigroup, which was heavily short before the first short squeeze, to devise a scheme called "Project Popcorn" to circumvent the wishes of the AMC shareholders and to increase the float through the release of the APE shares, then a later planned reverse stock split, and conversion, in order for Citigroup and potentially other Defendants to close their short positions and/or limit their exposure to risk. Citigroup worked with Antara Capital to procure the vote regarding the AMC reverse split and conversion. Citigroup's Derek Van Zandt approached AMC's CEO, Adam Aron, in 2021 to discuss the situation, which suggests that Citigroup might has been working against AMC with or without the CEO's knowledge. Citigroup is alleged to have devised a scheme, with the aim of defrauding AMC investors.

5. During the relevant period, AMC NYSE ticker (AMC) was heavily manipulated by Citigroup. When positive news was presented to shareholders, the stock would plummet unnaturally, even while the vast majority of the stock was being held by the retail shareholders. Citigroup has allegedly used various financial instruments, including swaps, exotic options, and BDRs to short AMC on the NYSE, NASDAQ, and other markets. Citigroup reportedly holds

millions of AMC common shares and convertible notes, potentially to close out their swap and short positions. The decision for Citigroup to close these positions could affect AMC's share price significantly. Noticing the irregularities in trading and blatant market manipulations, AMC investors became concerned and reached out the company (AMC) CEO Aron, SEC and Federal Law Enforcement entities, but no action was taken.

6. Citigroup allegedly used unsponsored Brazilian Depositary Receipts (BDRs), issued without the explicit consent and cooperation of AMC and its Shareholders, to influence AMC's share price. As the depositary bank for these BDRs, Citigroup held the corresponding foreign shares and facilitated their issuance in Brazil. Citigroup is also accused of partnering with financial publications to generate negative press about AMC, using dark pools for covert trading of AMC shares, and colluding with FTX and other crypto exchanges to short AMC's stock using cryptonized tokens.

7. Citadel is the market maker for AMC and APE securities. AMC securities order flow was routed to various ATS (dark pools) that were used to suppress price action.

8. Citadel worked with FTX to created illegal tokenized crypto shares of AMC stock in order to naked short AMC and destroy shareholder value.

9. Citadel used derivative products sourced from Alameda Research (a hedge fund associated with FTX) to manipulate AMC's stock price artificially.

10. Citadel and Citigroup through intermediaries illegally manipulate the Limit Up Limit Down (LULD) halts in order to halt trading in AMC stock on the New York Stock Exchange. The action taken by Citadel, Citigroup, and the New York Stock Exchange prevented AMC stock from gaining value during volatile periods.

11. Citadel has manipulated the market sentiment around AMC stock by including publication of articles and social media bots and influencers that use techniques such as fear mongering and spreading lies about AMC as part of a campaign to short and distort the AMC stock.

12. As a result of Citigroup, Citadel, Susquehanna and other institutional market participants taking actions such as naked shorting and other market manipulation techniques, AMC has experienced a record number of failure to delivers (FTDs) as part of their campaign to destroy AMC shareholder value, as well as being on the threshold list for over 50 days. AMC is continually listed on the New York Stock Exchange's (NYSE) Threshold List, which displays an ongoing pattern of naked short selling and an ongoing failure to properly close out the failure to delivers (FTDs) on AMC stock by the defendants (including the NYSE).

13. Mudrick Capital (a hedge fund and short seller of AMC) is accused of conspiring with Adam Aron and trading on insider information in order to manipulate market prices of stocks (such as AMC and Hycroft) to their mutual advantage.

II.    **JURISDICTION AND VENUE**

14. This Court has jurisdiction over the subject matter of this action pursuant to Section 27 of the Exchange Act, 15 U.S.C. § 78aa and 28 U.S.C. § 1331. This Court has personal jurisdiction over the Defendant. Each Defendant either maintained its business offices and conducted a substantial part of the events asserted in this complaint in this District or directed its fraudulent activity into this market by manipulating AMC stock.

III.    **THE PARTIES**

A. **Plaintiff**

15. Plaintiff A.P. Mathew is domiciled in Massachusetts. The plaintiff is a honorably discharged veteran of the United States Marine Corps and has served in Iraq and other combat theaters. The plaintiff is combat decorated for bravery and heroism in Iraq. The plaintiff holds an undergraduate degree from Harvard University in Government, Master's in Finance and Masters in Business Administration (Finance) from Bentley University, and currently is in Law School. Mr. Mathew has been a verified shareholder of AMC since spring of 2021. He actively monitors and publishes the company's performance on the NYSE, financial documents, and changes in internal governance.

16. Plaintiff J. Affholter resides in Michigan.  Mr. Affholter's professional experience includes working as a Technical Project Manager for the University of Michigan for over a decade in the field of healthcare research and data system development. As a Technical Project Manager, Mr. Affholter built new project management methodologies, developed new healthcare databases, developed new methods and tools for capturing data, conducted data analysis, published several public papers as a technical writer on the topics of healthcare research and outcomes data, statistical methodology, and technical expert panel reports. Mr. Affholter has been a verified AMC Shareholder since February 2021. His shares were verified by the Court as part of the Consolidated C.A. 2023-0215-MTZ (Del. Ch.) case.

B. **Defendants**

17. Citigroup Global Markets is a subsidiary of Citigroup Inc., a multinational investment bank and financial services corporation based in the United States. Citigroup Global Markets

operates as a broker-dealer and provides a wide array of financial services to corporations, governments, institutions, and individuals worldwide. Its services include but are not limited to, securities brokerage, foreign exchange, wealth management, market making, investment banking, trading and principal investments, fixed income and equity sales and trading, and structured and derivative products. This unit of Citigroup is also involved in underwriting and distributing new issues of government and corporate bonds, money market securities, and public and private equity securities. Citigroup has had over 570 Regulatory Events, and 639 arbitration events for unethical, illegal matters and practices dating back decades.[1]

18. Citadel is a global hedge fund founded in 1990 by Ken Griffin. It is one of the largest hedge funds in the world, with over $400 billion in assets under management. Citadel's main business is trading securities, but it also invests in other asset classes, such as real estate and private equity. Citadel is a major player in the financial markets, and its activities have a significant impact on the global economy. Citadel has been criticized for its size and power, and for its use of complex financial instruments. It currently has over 70 major FINRA regulatory infractions and arbitrations.[2] They are currently in litigation in the New York Southern District for another stock manipulation case. Citadel's headquarters are located in Chicago, Illinois. It has offices in over 20 cities around the world. Citadel employs over 4,000 people. Citadel's clients include pension funds, sovereign wealth funds, and wealthy individuals. Citadel's trading desk is one of the most active in the world. Citadel has been involved in a number of high-profile legal cases, including the 2008 financial crisis.

19. Susquehanna International Group (often referred to as SIG) is a global trading and

---

[1] Citigroup Global Markets Summary. Broker Check By FINRA. Link:
https://brokercheck.finra.org/firm/summary/7059. Date Accessed: September 22, 2023.

[2] Citadel Securities LLC. Summary. Broker Check By FINRA. Link:
https://brokercheck.finra.org/firm/summary/116797. Date Accessed: September 22, 2023.

technology firm founded in 1987. Though not strictly a hedge fund, the firm engages in a range of financial services including options trading, equities, commodities, fixed income, and private equity. Susquehanna is known for its expertise in complex, quantitative trading strategies and is one of the largest traders of options in the United States. With its headquarters in Bala Cynwyd, Pennsylvania, just outside of Philadelphia, the firm has a global presence, employing a significant number of employees around the world. Susquehanna has built a reputation for using sophisticated quantitative models and cutting-edge technology to identify trading opportunities.

20. Antara Capital is an event-driven hedge fund founded in 2018 by Himanshu Gulati, a veteran of the financial industry with over 20 years of experience. The firm is headquartered in New York City and invests in event-driven opportunities across the capital structure, such as distressed debt, special situation equities, and catalyst credit. Antara Capital seeks to deliver equity-like returns with credit-like downside protection.

21. Mudrick Capital is a distressed investment firm founded in 2009 by Jason Mudrick, who is a long time associate with the CEO of AMC Adam Aron. Mudrick Capital is well-known for investing in companies facing bankruptcy or other financial hardships. Mudrick Capital is also linked to one of the other defendants, Citadel, which has ownership in Mudrick Capital.

22. New York Stock Exchange (NYSE) is a stock exchange based in New York City, New York, United States of America. The NYSE was founded in 1792 and lists approximately 2,400 stocks are trading including AMC (Ticker:AMC) and previously listed AMC Preferred Equity Units (Ticker:APE). The NYSE is owned by Intercontinental Exchange (Ticker: ICE) which was founded in 2000.

23. FTX is a cryptocurrency derivatives exchange principally engaged in the transaction of cryptocurrencies and ancillary financial products. FTX was founded in 2019 by Sam

Bankman-Fried and Zixiao "Gary" Wang. FTX filed for bankruptcy in November 2022. Several FTX executives were criminally charged for their roles in FTX's collapse. FTX played a nefarious role utilizing tokenized securities to illegally manipulate the stock price of AMC.

24. Alameda Research (founded in 2022), a Hedge Fund affiliated with FTX and presided over by Caroline Ellison, has been implicated in these questionable undertakings within the derivatives market. Alameda Capital is an entity known for quantitative trading and the utilization of diverse trading strategies, including the shorting of stocks, has been identified as engaging in illicit and unregulated methods to manipulate stock prices. Ellison plead to guilty to fraud (regarding her role in the 2022 FTX collapse) in December 2022.

25. Other corporations and individuals, not made defendants in this case, participated as co-conspirators in the offense charged in this case and performed acts and made statements in furtherance of it. Whenever in this action reference is made to any act, deed, or transaction of any corporation, the allegation means that the corporation engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

## IV.    AMC ENTERTAINMENT HOLDINGS HISTORY

26. Adam Aron began his tenure as CEO of AMC in December 2015 with a long and successful career in private equity with Apollo Global Management. He quickly began acquiring other theaters at a rapid pace, despite AMC's existing debt of $2 billion. This debt load increased significantly following the acquisitions of Odeon and Nordic Cinema Group, bringing AMC's long-term debt to over $4 billion by the end of 2016. The acquisition of Nordic Cinema Group in 2017 further increased this debt to $6 billion. During this period and therein after, Aron recruited

a number of private equity funds and banks to finance his endeavors including Citigroup Global, Goldman Sachs, Credit Suisse (UBS), Silver Lake, Mudrick Capital, and Antara Capital.

## A. Defendant's Lending Practices

27. Citigroup, while serving as the company banker, and the other defendants have violated 12 C.F.R. § 1.7 3(b),(d) in their lending practices towards AMC. The defendants lent billions of dollars to AMC without secured collateral (See Exhibit A). [3]

28. The backdrop for this is that the regulations aim to prevent banks from taking undue risks with securities acquired under unique debt-related conditions. The intention behind this is to avert scenarios where banks might hold securities speculatively, endangering their financial stability and the interests of their stakeholders. Banks must take some kind of collateral so they can retain something of value in case of default or non-payment. This protects and hedges bank shareholders from suffering serious losses. There are some regulations like 12 C.F.R. § 1.7, that establishes certain guidelines. When a bank provides an unsecured loan to a company and later acquires securities from that company to circumvent a loan loss, it may hold these securities. The bank is allowed to hold such securities for only up to five years, with a potential extension granted by the OCC based on a compelling rationale. The acquired securities must be recorded according to the Generally Accepted Accounting Principles (GAAP). A key component of this regulation is the prohibition against banks holding these securities for speculative purposes.

---

[3] Exhibit A includes many excerpts pulled from AMC and Citigroup's debt agreements and SEC filings. Exhibit A and many other exhibits in this document are provided in the text section of this document in order to provide context. The remaining exhibits are placed in the exhibits section at the end. Exhibits are labeled in order of them being mentioned in the text.

This complaint submitted by
A.P. Mathew    10/6/23

A. P. Mathew

60 Hope Ave.
Suite 411
Waltham, MA
02453

VM: 781-530-9195