IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEX P. MATHEW and<br>JORDAN AFFHOLTER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITIGROUP GLOBAL MARKETS,<br>et al.,<br><br>　　　　Defendants,<br><br>AMC ENTERTAINMENT, et al.,<br><br>　　　　Nominal Defendants. | Civil Case No. 1:23-cv-12302-FDS<br><br>Hon. F. Dennis Saylor IV, Chief Judge |

### NOMINAL DEFENDANT THE DEPOSITORY TRUST & CLEARING CORPORATION'S MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Nominal Defendant The Depository Trust & Clearing Corporation ("DTCC") respectfully moves to dismiss with prejudice the Amended Complaint, Doc. 20 (Nov. 16, 2023), as against DTCC.

In support of this Motion, DTCC refers the Court to the accompanying Memorandum of Law. Therein, DTCC argues (i) that the Amended Complaint fails to state a claim against DTCC; (ii) that the Amended Complaint fails to allege any basis for DTCC's inclusion in this suit as a "Nominal Defendant"; and (iii) that amendment would be futile because any claim against DTCC would be barred by self-regulatory organization immunity.

WHEREFORE, DTCC respectfully requests that the Court dismiss DTCC from this action with prejudice and grant such further relief as the Court deems appropriate and just.

1

2

Dated:  January 9, 2024                                          Respectfully submitted,

 /s/ *Joseph Hernandez*
Joseph Hernandez (BBO No. 704223)
  *Counsel of Record*
LIBBY HOOPES BROOKS & MULVEY, P.C.
260 Franklin Street
Boston, MA 02110
(617) 338-9300
jhernandez@lhbmlegal.com

Gregory M. Boyle (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 923-2651
gboyle@jenner.com

Jonathan J. Marshall (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, N.W.,
   Suite 900
Washington, DC 20001
(202) 639-5344
jmarshall@jenner.com

*Counsel for Nominal Defendant
  The Depository Trust & Clearing
  Corporation*

2

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that in accordance with Local Rule 7.1(a)(2), I conferred with Plaintiffs, who are proceeding pro se, via email on January 4, 2024, and January 8, 2024, with regard to the foregoing motion. Plaintiffs did not respond on either occasion.

 */s/ Joseph Hernandez*
 Joseph Hernandez

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document using the CM/ECF system, thereby serving all counsel of record with active ECF filing status.  I further certify that on this day, after effectuating electronic filing, I will serve a copy of the foregoing document via email upon the following:

Alex P. Mathew
60 Hope Avenue, Suite 411
Waltham, MA 02453
(781) 330-9195
alexpmathew0311@gmail.com
*Plaintiff, pro se*

Jordan Affholter
1501 Hatcher Crescent
Ann Arbor, MI 48103
jordanaffholter@gmail.com
*Plaintiff, pro se*

 */s/ Joseph Hernandez*
Joseph Hernandez