# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Alex P Mathew, I et al**

Plaintiff

V.

CIVIL ACTION

NO.  1:23-12302-FDS

**Citigroup Global Markets Inc et al**

Defendant

## ORDER OF DISMISSAL

Saylor, C. J.

In accordance with the Court's MEMORANDUM AND ORDER dated June 17, 2024 (Dkt. No. 220), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

6/17/2024
Date

/s/ Flaviana de Oliveira
Deputy Clerk